UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEG V. DERIPASKA,<br><br>        Plaintiff,<br><br>v.<br><br>THE ASSOCIATED PRESS,<br><br>        Defendant. | Civil Action No. 17-00913 (ESH) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 18, it is hereby

**ORDERED** that defendant's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6), ECF No. 6, is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED**.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 17, 2017