**No. 17-7164** **September Term, 2017**

1:17-cv-00913-ESH

**Filed On:** December 8, 2017

Oleg V. Deripaska,

    Appellant

    v.

Associated Press,

    Appellee

------------------------------

Consolidated with 17-7165

**O R D E R**

Upon consideration of the stipulation for dismissal pursuant to Federal Rule of Appellate Procedure 42(b), it is

**ORDERED** that the Clerk note on the docket that these cases are dismissed. No mandate will issue.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

BY:   /s/
        Michael C. McGrail
        Deputy Clerk